In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-13-00512-CR
_____

**AVERY JACOB POLLOCK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 2**
**Montgomery County, Texas**
**Trial Cause No. 13-290497**

**MEMORANDUM OPINION**

On August 16, 2013, the trial court sentenced Avery Jacob Pollock on a conviction for assault. Pollock filed a notice of appeal on November 14, 2013. The trial court certified that this is a plea-bargain case and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The district clerk has provided the trial court's certification to the Court of Appeals.

On November 14, 2013, we notified the parties that we would dismiss the appeal unless the appellant established the certification is incorrect. No response

1

has been filed. Because the record does not contain a certification that shows the defendant has the right of appeal, we dismiss the appeal. See Tex. R. App. P. 25.2(d).

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Opinion Delivered December 11, 2013
Do Not Publish

Before McKeithen, C.J., Kreger and Johnson, JJ.